UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **VASHONDA FOSTER**, <br><br> Plaintiff, <br><br> vs. <br><br> **AFNI, INC.**, <br><br> Defendant. | 2:18-CV-12340-TGB |

## JUDGMENT

In accordance with the opinion and order issued on this date, granting Defendant's Motion for Summary Judgment, and denying Plaintiff's Motion for Partial Summary Judgment;

It is ORDERED AND ADJUDGED that the case be DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan: March 31, 2020

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE